UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 15-03432 DDP (AGRx)                              Dated: May 18, 2015

Title:   COLUMBIA CASUALTY COMPANY, an Illinois corporation -v- COTTAGE HEALTH SYSTEM, a California organization

==========================================================================

PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

<u>John A. Chambers</u>                                      <u>None Present</u>
Courtroom Deputy                                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                            None

PROCEEDINGS:     MINUTE ORDER (IN CHAMBERS)

    This action has been assigned to the calendar of Judge Dean D. Pregerson. Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**. It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.

    Concerning Mandatory Chambers Copies, the Court requires delivery to Room 244-J (blue back optional) <u>only</u> the following filed documents, no later than the next business day after filing:

(1)   Courtesy copies of any e-filed initiating Complaints, Amended Complaints or Notices of Removal are to be delivered within 48 hours of said filing.

    <u>[Exhibits and attachments **must** be separately tabbed]</u>.

(2)   All noticed motions and related documents* (2 copies);

    <u>[Exhibits and attachments **must** be separately tabbed]</u>.

(3)   All *ex parte* applications and related documents* (2 copies); and

    <u>[Exhibits and attachments **must** be separately tabbed]</u>.

    *[WHEN IN DOUBT deliver a chambers copy.]

    **Attention ECF Attorneys - Chambers Email Addresses are available under your Utilities menu.

MINUTES FORM 11                                         Initials of Deputy Clerk: JAC
CIVIL -- GEN